**Order entered July 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00330-CV

## LOUISIANA PACIFIC CORPORATION, ET AL., Appellants

## V.

## NEWPORT CLASSIC HOMES, L.P., ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02044-2016**

### ORDER

Before the Court is the July 12, 2021 request of Court Reporter Sheri Vecera for a forty-five day extension to file the reporter's record of the hearing conducted on November 1, 2017. We **GRANT** the request **only to the extent** that we extend the time to **August 3, 2021**. We caution Ms. Vecera that further extension requests in this accelerated appeal will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE